UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**EMILIO LIRA,**

    **Plaintiff,**

**v.**                                                    **Case No. SA-20-CV-00007-JKP**

**EDWARD JONES INVESTMENTS**
**a/k/a EDWARD D. JONES & CO., L.P.,**

    **Defendant.**

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order entered contemporaneously with this Final Judgment the Court has found in favor of Defendants. Having resolved all claims in this case, the Court DISMISSES this action with prejudice. Plaintiff takes nothing from his claims against Defendants.

**It is so ORDERED this 2nd day of February 2022.**

*[Signature: Jason Pulliam]*

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**